# UNITED STATES BANKRUPTCY COURT

Northern District of California (San Jose)

In re   John T. Borges and Isabel R. Ibarra                         Case No.   12-58066
        Debtor                                                      Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Bank of America, N.A.

**Court claim no.** (if known): ____

**Last four digits** of any number you use to identify the debtor's account: 7589

**Date of payment change:** 06/25/2013
Must be at least 21 days after date of this notice

**New total payment:** $696.11
Principal, Interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**
☑ No
☐ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: ____        New escrow payment: ____

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
☑ No
☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
If a notice is not attached, explain why:

Current interest rate: ____                        New interest rate: ____
Current principal and interest payment: ____      New principal and interest payment: ____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☐ No
☑ Yes.   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change:   NUMBER OF DAYS IN BILLING CYCLE HAS CHANGED

Current mortgage payment:   $690.20          New mortgage payment:   $696.11

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☐ I am the creditor.  ☑ I am the creditor's authorized agent.
  (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Desmond Beard                                    Date  06/04/2013
   Asst. Vice President (Approved by: Portia Worsham)

Print:  Desmond Beard                                  Title  Asst. Vice President (Approved by: Portia Worsham)

Company  Bank of America, N.A.                         Specific Contact Information:
Address  2380 Performance Drive                        Phone: 214-209-8364
         Richardson, TX 75082                          Email: desmond.l.beard@bankofamerica.com

389340-84c21334-c58f-4f5a-aacf-92fad2086aba

Chapter 13 No. 12-58066

In re:  Judge: Judge Arthur S. Weissbrodt

John T. Borges and Isabel R. Ibarra

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on June 04, 2013, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

Debtor: John T. Borges
5230 Country Forge Lane
San Jose, CA 95136

Isabel R. Ibarra
5230 Country Forge Lane
San Jose, CA 95136

Debtor's Attorney: Susan D. Silveira
Law Office of Susan Silveira
1177 Branham Lane  420
San Jose, CA 95118

Susan D. Silveira
Law Office of Susan Silveira
1177 Branham Lane  420
San Jose, CA 95118

Trustee: Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013

/s/ Bill Taylor
Authorized Agent